IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERIC CAFFEY**                                                                                 **PLAINTIFF**
**Reg #21508-009**

v.                                        **CASE NO. 2:23-CV-00011-BSM**

**MERRICK GARLAND** *et al.*                                                    **DEFENDANT**

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted and Eric Caffey's complaint is dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE