IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERIC CAFFEY**                                                                                                     **PLAINTIFF**
Reg #21508-009

v.                                **CASE NO. 2:23-CV-00011-BSM**

**MERRICK GARLAND** *et al*.                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE